530

# E-filing

FILED

APR - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1743
RMW

FEDERAL PUBLIC DEFENDER OFFICE
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING-BOX 36106
450 GOLDGATE AVE SAN FRANCISCO, CA 94102

SADELL CONRAD,
              Petitioner

Vs

UNITED STATES
of America
              defendant

THIS 3582 (c) 2 Motion
for Redaction of sentence
per Amendment 706 to
the Guidelines.

CV 08    1743

**RMW** **(PR)**

Comes Now, Petitioner Sadell Conrad Requesting that this Honorable court grant this 3582 (c) 2 motion for a 2 Level Reduction to petitioner's sentence per Amendment 706 to the Guidelines.

Petitioner would also Request that this Honorable court appoint counsel under 18 U.S.C 3006 (A) in the Interest of Justice because the petitioner is incarcerated and does not have the understanding of Law to argue these matters.

Date: 3-24-08

Respectfully submitted

Sadell Conrad

Received

MAR 2 7 2008

Federal Public Defender
San Francisco

**FEDERAL PUBLIC DEFENDER**
Northern District of California
19th Floor Federal Building-Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED

MAR 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk's Office
10 th Floor

RECEIVED

MAR 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sacked Conrad # 93282-111
Federal Correctional Institution
P.O. Box 5000
Sheridan, OR 97378

SALEM OR 973
24 MAR 2008 PM 1 T

Federal public Defender office
Northern District of California
19th Floor Federal Building - Box 36010
450 Golden Gate Ave
San Francisco, CA 94102