# PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name _____
       (Last)              (First)           (Initial)

Prisoner Number _____

Institutional Address _____

_____

FILED
APR 24 2008
RICHARD W. WIEKING
CLERK
NORTHERN DISTRICT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Sadeu Conrad
_____ )
(Enter the full name of plaintiff in this action.) )
                                              )
                vs.                           )   Case No. 08-00695 RMW
                                              )   (To be provided by the clerk of court)
Northern district of                          )
California, United states                     )   PETITION FOR A WRIT
of america.                                   )   OF HABEAS CORPUS  (PR)
                                              )
_____ )
(Enter the full name of respondent(s) or jailor in this action) )
                                              )

### Read Comments Carefully Before Filling In

**When and Where to File**

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin. Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were **not** convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1  Who to Name as Respondent

2  You must name the person in whose actual custody you are. This usually means the Warden or

3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4  you are imprisoned or by whom you were convicted and sentenced. These are not proper

5  respondents.

6  If you are not presently in custody pursuant to the state judgment against which you seek relief

7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9  was entered.

10  A. <u>INFORMATION ABOUT YOUR CONVICTION AND SENTENCE</u>

11  1. What sentence are you challenging in this petition?

12  (a)  Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

14  _Northern district_    _San Francisco_
     Court                  Location

16  (b)  Case number, if known _05-00595-01_

17  (c)  Date and terms of sentence _50 months / 4 years 2 months_

18  (d)  Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.)    Yes ___   No ✓

20  Where?

21  Name of Institution: _Sea-tac federal detention center_

22  Address: _P.O. Box 13900 Seattle, Washington 98198-1090_

23  2. For what crime were you given this sentence? (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known. If you are

25  challenging more than one sentence, you should file a different petition for each sentence.)

26  _possession to distribute cocaine base / 13 grams_

27  _____

28  _____

PET. FOR WRIT OF HAB. CORPUS        - 2 -

3. Did you have any of the following?

    Arraignment:    Yes ✓    No ___

    Preliminary Hearing:    Yes ✓    No ___

    Motion to Suppress:    Yes ___    No ___

4. How did you plead?

    Guilty ___    Not Guilty ✓    Nolo Contendere ___

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury ___    Judge alone ___    Judge alone on a transcript ___

6. Did you testify at your trial?    Yes ___    No ✓

7. Did you have an attorney at the following proceedings:

    (a) Arraignment    Yes ✓    No ___

    (b) Preliminary hearing    Yes ✓    No ___

    (c) Time of plea    Yes ✓    No ___

    (d) Trial    Yes ___    No ___

    (e) Sentencing    Yes ✓    No ___

    (f) Appeal    Yes ___    No ___

    (g) Other post-conviction proceeding    Yes ___    No ___

8. Did you appeal your conviction?    Yes ___    No ✓

    (a) If you did, to what court(s) did you appeal?

    Court of Appeal    Yes ___    No ___

    Year: _____    Result: _____

    Supreme Court of California    Yes ___    No ___

    Year: _____    Result: _____

    Any other court    Yes ___    No ___

    Year: _____    Result: _____

    (b) If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS    - 3 -

|     |     | petition? | Yes \_\_\_\_ | No\_\_\_\_ |

(c) Was there an opinion?  Yes \_\_\_\_  No\_\_\_\_

(d) Did you seek permission to file a late appeal under Rule 31(a)?

Yes \_\_\_\_  No\_\_\_\_

If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?   Yes \_\_\_\_   No ✓

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I. Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____ Date of Result:_____

II. Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS         - 4 -

a. _____

b. _____

c. _____

d. _____

Result: _____ Date of Result: _____

III. Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____ Date of Result: _____

IV. Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____ Date of Result: _____

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes _____   No _____

Name and location of court: _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS         - 5 -

1  need more space. Answer the same questions for each claim.
2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]
5  Claim One: Under the two level reduction I
6  feel my sentence should be reduce.
7  Supporting Facts: I was arrested for more than
8  5 grams less than 20.
9
10
11  Claim Two: _____
12
13  Supporting Facts: _____
14
15
16
17  Claim Three: _____
18
19  Supporting Facts: _____
20
21
22
23  If any of these grounds was not previously presented to any other court, state briefly which
24  grounds were not presented and why:
25
26
27
28

PET. FOR WRIT OF HAB. CORPUS        - 6 -

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:

4  _____

5  _____

6  _____

7  Do you have an attorney for this petition?           Yes ✓      No ___

8  If you do, give the name and address of your attorney:
9  Elizabeth Falk, northern district public defender
   San francisco CAlifornia. 450 Golden Gate. 94102
10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13  Executed on _____         _____
14              Date                                  Signature of Petitioner

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS           - 7 -

FEDERAL DETENTION CENTER
Name: Sadell Conrad
Reg # 93282-211 Unit: FC
P.O. Box 13900
Seattle, WA. 98198-1090

SEATTLE WA
22 APR 2008 PM

Office of the clerk, U.S. District court
Northern district of California
450 Golden Gate Avenue
San Francisco, CA 94102

94102-9951