AO 240 (Rev. 6/86; Mod. 11/96) Application to Proceed

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

NO.

Plaintiff

vs.

DECLARATION AND APPLICATION TO PROCEED *IN FORMA PAUPERIS* BY A PRISONER BRINGING A CIVIL RIGHTS ACTION PURSUANT TO 42 U.S.C. § 1983*

Defendant(s)

I, Sadell Conrad, declare I am the plaintiff in the above-entitled proceeding; in support of my request to proceed under 28 U.S.C. § 1915, I declare I am unable to pay the full filing fee or give security for it; and I am entitled to relief. The nature of my action is *briefly* stated as follows:

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:   ☒ Yes   ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. Seattle, Washington Federal Detention Center P.O. Box 13900 Seattle, Washington 98198-1090

   Have the institution fill out the Certification and Calculation portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your salary, wages or gratuity per month, and identify your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your salary or wages (net and gross) and pay period, and the name and address of your last employer.

*ONLY USE THIS FORM IF YOU ARE BRINGING A CIVIL RIGHTS ACTION. DO NOT USE THIS FORM IF YOU ARE BRINGING A PETITION FOR WRIT OF HABEAS CORPUS.

1

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☑ No
   b. Rent payments, interest or dividends ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☑ No
   d. Disability or workers compensation payments ☐ Yes ☑ No
   e. Gifts or inheritances ☐ Yes ☑ No
   f. Any other sources ☐ Yes ☑ No

   If the answer to any of the above is "Yes," describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have **any** cash or do you have any money in a checking or savings account? (Do not include your prison account funds.)
   ☐ Yes   ☑ No

   State the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☑ No

   If "Yes" describe the property and state its value. _____

6. Do you have any other assets?   ☐ Yes   ☑ No

   If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support (mother) N/A

   I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.

   Executed on: _____                    _____
                  DATE                         SIGNATURE OF APPLICANT

## ACKNOWLEDGMENT AND AUTHORIZATION

By choosing to bring a civil rights action, I acknowledge I am responsible for payment of the full $150.00 filing fee under 28 U.S.C. § 1915. I authorize the agency having custody of me to collect from my account and forward to the Clerk of the United States District Court the initial partial filing fee calculated under the Certification and Calculation section and payments pursuant to 28 U.S.C. § 1915(b). I understand I am required to make monthly payments of twenty (20) percent of my preceding month's income credited to my account and the agency having custody of me will forward funds to the Clerk of the United States District Court each time the amount in the account exceeds ten ($10.00) dollars until the full filing fee is paid.

DATE 4/21/08           SIGNATURE OF APPLICANT _Sadell Cind_

COMMITTED NAME OF APPLICANT         INMATE NO 93282-111

_Sadell Cind_

## CERTIFICATION AND CALCULATION
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly **balance** was $ _____. I further certify that during the past six months the average of monthly **deposits** to the applicant's account was $ _____. I calculate an initial partial filing fee of $ _____ (20% of the **greater** of the balance or deposits). I further certify $ _____ (Initial partial filing fee or available funds) has/have been withdrawn from the applicant's account and will be forwarded to the court in due course.

(Please attach certified copy of applicant's account statement showing transactions for past six months.)

DATE 4-21-08           SIGNATURE OF AUTHORIZED OFFICER

NAME OF INSTITUTION

SEA-TAC, Seattle Washington 98198-4090
P.O. Box 13900

3

## ORDER OF COURT

| The application is denied.<br><br><br>_____   _____<br>United States Judge            Date | The application is hereby granted. The applicant may proceed initially without paying the full filing fee, but will be required to pay the filing fee in full according to the terms of 28 U.S.C. §1915(b)(2).<br><br>_____   _____<br>United States Judge or            Date<br>Magistrate Judge |