BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CONRAD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | No. CR 05-0595 WHA<br>No. C-08-1743 |
| vs. | ) ) ) | **NOTICE OF WITHDRAWAL OF MOTION UNDER 18 U.S.C. 2241 AND 18 U.S.C. § 3582** |
| SADELL CONRAD, | ) ) | |
| Defendant/Petitioner | ) ) ) ) | Date:    June 27, 2008<br>Time:   2:00 p.m.<br>Court:   The Honorable William H. Alsup |

    Defendant/Petitioner Sadell Edward Conrad hereby WITHDRAWS his motion for a reduced sentence under 18 U.S.C. § 3582. He additionally WITHDRAWS his motion for habeas relief, filed separately under C-08-1743. The circumstances of the withdrawal are explained in the accompanying Declaration of Elizabeth M. Falk, filed herewith.

Dated:    June 27, 2008

                        Respectfully submitted,

                        BARRY J. PORTMAN
                        Federal Public Defender

                        /S/

                        ELIZABETH M. FALK
                        Assistant Public Defender