**United States District Court**
For the Northern District of California

1
2
3
4
5
6                IN THE UNITED STATES DISTRICT COURT

7                FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   UNITED STATES OF AMERICA,                  No. CR 05-00595 WHA

11              Plaintiff,

12      v.                                       **ORDER RE WITHDRAWAL OF**
                                                  **MOTIONS**
13   SADELL CONRAD,

14              Defendant.

15   ———————————————————————/

16          Defendant Conrad, acting *pro se*, filed — as an opening pleading in a new case, C 08-

17   1743 — a motion in which he requested a reduction in sentence due to then-recent actions by

18   the Sentencing Commission.  In an order dated June 20, 2008, the Court requested that the filing

19   be re-submitted as a motion in defendant's criminal case, CR 05-00595, and directed the matter

20   to defendant's counsel in that case.  The order requested the parties to respond with their

21   positions on the filing.

22          Defendant's counsel, Assistant Federal Public Defender Falk, responded and indicated

23   the following:  (1) it was her understanding that defendant was not eligible for a reduction in

24   sentence on the grounds indicated in the filing; (2) defendant had filed the motion prior to a

25   conversation with Ms. Falk in which Ms. Falk indicated to him that he was not eligible for a

26   reduction in sentence; (3) due to current prison conditions, Ms. Falk was not permitted to speak

27   with defendant personally, but defendant's case manager had informed Ms. Falk that defendant

28   wished to withdraw the motion both from the new case, C 08-1743 (which she termed a *habeas*

     petition), and from defendant's criminal case, CR 05-595.

1    The motion, therefore, is withdrawn from both matters.  Case C 08-1743 is closed, and

2    the Clerk's Office is instructed to close the file.

3

4    **IT IS SO ORDERED.**

5                                                      

6    Dated:  November 25, 2008

7                                                      WILLIAM ALSUP
                                                       UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California